# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX RAFAEL ROSARIO** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO.  26-4605** |
| | : |
| **JAMISON,** *et al.* | : |

## ORDER

    **AND NOW**, this 29th day of July 2026, upon considering the respondents' certification of compliance (DI 7) of our July 13, 2026 order (DI 6), it is **ORDERED** the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**